MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (Bar No. 226388)
E-mail: CReilly@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
E-mail: JJRodriguez@manatt.com
MADELAINE NEWCOMB (admitted *pro hac vice*)
E-mail: MNewcomb@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendants
CLASSPASS INC., CLASSPASS, LLC, and
CLASSPASS USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE CHABOLLA, on behalf of herself and all others similarly situated, | No. 4:23-cv-00429-YGR |
| Plaintiff, | **DECLARATION OF NINA BAYATTI IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS AND/OR STAY CASE** |
| v. | |
| CLASSPASS INC., CLASSPASS, LLC, and CLASSPASS USA LLC | [Filed Concurrently with: <br> 1. Notice of Motion and Motion to Compel Arbitration and Dismiss and/or Stay Case; <br> 2. [Proposed] Order; <br> 3. Request for Judicial Notice; <br> 4. Declaration of Siu Fung Wong; <br> 5. Declaration of Ingrid Chang; <br> 6. Declaration of Kelsey Roggero; <br> 7. Declaration of Jessica Van Meter; <br> 8. Declaration of Madelaine Newcomb] |
| Defendants. | |
| | Date:      June 13, 2023 <br> Time:      2:00 p.m. <br> Ctrm:     1, 4th Floor <br> Judge:    Yvonne Gonzales Rogers <br><br> Date Action Filed: January 30, 2023 |

1

**DECLARATION OF NINA BAYATTI**

2

I, Nina Bayatti, declare and state as follows:

3

1.      I am over the age of 18 years and am competent to testify to the matters stated in

4

this declaration. I have personal knowledge of the facts set forth in this declaration and/or have

5

relied on ClassPass' business records for those facts. If called to do so, I would and could testify

6

to the facts stated in this declaration.

7

2.      I am employed as a Director, Marketing, for Mindbody, Ltd., a United Kingdom

8

corporation and a subsidiary of Mindbody, Inc. ("Mindbody"). Mindbody is the parent

9

corporation of ClassPass, LLC and ClassPass USA LLC. I am authorized to make this declaration

10

on Mindbody's behalf.

11

3.      I have worked for Mindbody since Mindbody acquired ClassPass on October 15,

12

2021 and have worked at ClassPass since January 8, 2018.  In connection with my work, I have

13

access to ClassPass's systems of record that ClassPass uses to store certain ClassPass business

14

and customer records and data in the ordinary course of ClassPass' business. These records and

15

data include systems that track changes with the customer experience such as the online account

16

creation and purchase flow and the checkout page that are live on the website at a particular time.

17

ClassPass creates and maintains customer records, as well as historical changes to website

18

images, in the regular course of its business.

19

4.      I personally oversaw the reconstruction of and personally reviewed for accuracy

20

the reconstruction of the sign up process that was live on January 30, 2020 by searching

21

ClassPass' business records and customer records relating to Plaintiff Katherine Chabolla. Under

22

my oversight, my team searched the user ID relating to Plaintiff in the ClassPass administrative

23

tool to confirm the date of sign up and the trial code associated with Plaintiff's sign up. Next, we

24

searched the ClassPass database to retrieve the promotion alias associated with Plaintiff's sign up

25

and to check for any Optimizely experiments Plaintiff may have been enrolled in at the time of

26

sign up. Then, we conducted a version control on the landing page and every nested module using

27

the Website Content Management System to reconstruct the page as it would have appeared on

28

January 30, 2020. We then accessed the path-to-purchase design file to outline the sign up steps.

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

- 2 -

DECLARATION OF NINA BAYATTI
4:23-CV-00429-YGR

Finally, we checked the payment terms associated with the trial code associated with Plaintiff's sign up and accessed the ClassPass Database to confirm the payment terms on January 30, 2020.

5.      ClassPass' records reflect that on January 30, 2020, Plaintiff created an account and purchased a monthly ClassPass membership on www.classpass.com.

6.      Attached as **Exhibit 1** is a true and correct copy of the first screen in the sign up process in substantially the same form as it would have been presented to Ms. Chabolla on January 30, 2020.

7.      Attached as **Exhibit 2** is a true and correct copy of the second screen in the sign up process in substantially the same form as it would have been presented to Ms. Chabolla on January 30, 2020.

8.      To create her account, Ms. Chabolla would have been required to enter her email address in the form depicted in Exhibit 2 and click the "Continue" or "Sign up with Facebook" button.

9.      The text immediately below the "Continue" and "Sign up with Facebook" buttons in Exhibit 2 states: "By clicking 'Sign up with Facebook' or 'Continue,' I agree to the **Terms of Use** and **Privacy Policy**." The words "Terms of Use" appear in blue font and hyperlinked to the full Terms of Use.

10.     On the next screen, Plaintiff would have been required to enter her first and last name and click a "Continue" button. The text immediately above the "Continue" button stated: "By signing up you agree to our **Terms of Use** and **Privacy Policy**. Attached as **Exhibit 3** is a true and correct copy of the third screen in the sign up process in substantially the same form as it would have been presented to Ms. Chabolla on January 30, 2020.

11.     The final step to complete her purchase would have required Plaintiff to enter her billing information and affirmatively click a "Redeem Now" button. The text immediately above the button stated: "I agree to the **Terms of Use** and **Privacy Policy**." Attached as **Exhibit 4** is a true and correct copy of the checkout page in substantially the same form as it would have been presented to Ms. Chabolla on January 30, 2020.

///

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

DECLARATION OF NINA BAYATTI
4:23-CV-00429-YGR

1 | ///

2 |     I declare under penalty of perjury under the laws of the United States of America that the

3 | contents of this declaration are true and correct. Executed on March 26, 2023 in London, United

4 | Kingdom.

5

*Nina Bayatti*
Nina Bayatti

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

DECLARATION OF NINA BAYATTI
4:23-CV-00429-YGR

# EXHIBIT 1

# classpass



## You're invited to join ClassPass!

Redeem your special offer for friends of ClassPass. Plus, your friend gets rewarded when you join.

Cannot be combined with other offers. New members only.

### Exclusive deal for friends of ClassPass

- $5 $45 first month
  Book up to **7 classes**
- $35 $75 first month
  Book up to **12 classes**
- $115 $145 first month
  Book up to **28 classes**

**Continue**

I'm in    San Francisco

---

## Try classes at top studios nearby

Cycling, strength training, yoga – choose any class, anywhere, with one flexible membership.



**Karma Yoga SF**
★★★★★ (5000+ ratings)
Marina



**Uforia Studios – Nob Hill**
★★★★★ (5000+ ratings)
Nob Hill



**BODYROK – Mission**
★★★★★ (5000+ ratings)
Mission


**Wheel House**
★★★★★ (5000+ ratings)
Financial District

>

Explore all studios

---



M    YOGA
     Y7 - Meatpacking
     4.9 ★ (52,564)

T

W    YOGA
     Y7 - Meatpacking
     4.9 ★ (52,564)

T    YOGA
     Y7 - Meatpacking
     4.9 ★ (52,564)

F

## No studio limits

With ClassPass, there's no limit to how often you can visit studios. So whether you're trying out new spots every day or coming back to a favorite class all month long, you get to do you — always.

---

## The easiest way to book fitness classes

Book classes anywhere with one monthly fee – no class packs required. Plus, one app, flexible plans and dynamic pricing make managing (and maximizing) your schedule easy.



---



## Save up to 70% off drop-in rates

Sweat your workouts – not their prices. Save on every class (at gyms, fitness studios and more) when you book through ClassPass.

---

## A membership that's more than just fitness classes


Use your membership in 2,500 cities worldwide


No visit limits at most studios


Invite your friends to work out and get rewarded


Stream workouts from home – free

---

## Not ready to start today?

Get an inside look at the classes available in your neighborhood with our fitness city guide.

| Email address | City name | Get your guide |

# EXHIBIT 2

# You're invited to join ClassPass!

**Save $40** on your first month, plus your friend **gets $40** when you join.

- ✓ Get access to top studio and wellness venues
- ✓ Save over 70% off drop in rates
- ✓ You're never locked in. Cancel anytime



## Exclusive deal for friends of ClassPass

**$40 OFF FIRST MONTH**

**Enter your email to continue**

Email address

Continue

— or —

Sign up with Facebook

By clicking 'Sign up with Facebook' or 'Continue,' I agree to the Terms of Use and Privacy Policy.

After first month, you'll auto-enroll in our $75/month plan. Change or cancel any time during your trial to not be charged.

I'm in **San Francisco**

# EXHIBIT 3

spass

# You're invited to join ClassPass!

Save **$40** on your first month, plus your friend **gets $40** when you join.

- ✓ Get access to top studio and wellness venues
- ✓ Save over 70% off drop in rates
- ✓ You're never locked in. Cancel anytime



## Exclusive deal for friends of ClassPass

**$40 OFF FIRST MONTH**

**What's your name?**

First name

Last name

By signing up you agree to our Terms of Use and Privacy Policy.

Continue

After first month, you'll auto-enroll in our $75/month plan. Change or cancel any time during your trial to not be charged.

I'm in **San Francisco**

# EXHIBIT 4

classpass

Step 2 of 2

**INCLUDED IN YOUR OFFER**



1 month (and 45 credits) to book any classes you want.

With 45 credits, you can book 6 — 9 classes. The average class in San Francisco is 6 credits.

No commitments. **Cancel anytime.**

| 45-Credit Plan | $35.00 + Tax |
|---|---|
| **Due today** | **$35.00** |

By purchasing through your friend's invitation, you are receiving a one-time discount of up to $40.00 off your first month. Adjusted price reflected below. Cannot be combined with other offers.

After first month, account will autorenew to the 45-credit plan membership monthly rate of $75 unless canceled before the end of trial period.

Gift can be applied towards monthly subscription rates only and not to other fees, such as late cancellation/missed class fees you incur or optional add-on classes/packs. Gifts recipient is responsible for the difference if gift is less than monthly fee and for applicable taxes. I agree to the ClassPass <a target="_blank" href="https://cdn8.classpass.com/dist/classpass_gift_terms.pdf">Gift Terms</a>

### Your saved billing information

Why do you need my credit card info?

Name on card

Jane Smith

Card number

•••• •••• •••• 4242

Exp date            CVC

2 / 22              •••

Postal code

11101

Powered by **stripe**   VISA   MasterCard   AMEX

Received a ClassPass gift card?

I understand that my membership will automatically renew to the $75 per month plan plus applicable tax until I cancel. I agree to the Terms of Use and Privacy Policy.

**Redeem now**