MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (Bar No. 226388)
E-mail: CReilly@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
E-mail: JJRodriguez@manatt.com
MADELAINE NEWCOMB (admitted *pro hac vice*)
E-mail: MNewcomb@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendants
CLASSPASS INC., CLASSPASS, LLC, and
CLASSPASS USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE CHABOLLA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLASSPASS INC., CLASSPASS, LLC, and CLASSPASS USA LLC<br><br>Defendants. | No. 4:23-cv-00429-YGR<br><br>**DECLARATION OF INGRID CHANG IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS AND/OR STAY CASE**<br><br>[Filed Concurrently with:<br>1. Notice of Motion and Motion to Compel Arbitration and Dismiss and/or Stay Case;<br>2. [Proposed] Order;<br>3. Request for Judicial Notice;<br>4. Declaration of Siu Fung Wong;<br>5. Declaration of Nina Bayatti;<br>6. Declaration of Kelsey Roggero;<br>7. Declaration of Jessica Van Meter;<br>8. Declaration of Madelaine Newcomb]<br><br>Date:     June 13, 2023<br>Time:     2:00 p.m.<br>Ctrm:     1, 4th Floor<br>Judge:    Yvonne Gonzales Rogers<br><br>Date Action Filed: January 30, 2023 |

# DECLARATION OF INGRID CHANG

I, Ingrid Chang, declare and state as follows:

1. I am over the age of 18 years and am competent to testify to the matters stated in this declaration. I have personal knowledge of the facts set forth in this declaration and/or have relied on ClassPass' business records for those facts. If called to do so, I would and could testify to the facts stated in this declaration.

2. I am a Director, Lifecycle Marketing, for Mindbody, Inc. ("Mindbody"), a Delaware corporation. Mindbody is the parent corporation of ClassPass, LLC and ClassPass USA LLC. I am authorized to make this declaration on Mindbody' behalf.

3. I have worked for Mindbody since Mindbody acquired ClassPass on October 15, 2021 and have worked at ClassPass since September 23, 2019. In connection with my work, I have access to the systems that ClassPass uses to store email correspondence with ClassPass members and data about those emails in the regular course of ClassPass' business. Through those systems, I also have access to certain customer emails, including emails that ClassPass sends to its customers and data on when those emails are delivered and opened. ClassPass creates these records in real time when purchases are made and emails are sent and received. It also creates and maintains these records in the regular course of its business. The information detailed in the following paragraphs is based on my review of those records.

4. On March 17, 2020, ClassPass sent an email to all ClassPass members informing them that ClassPass would pause all accounts in light of the COVID-19 pandemic.

5. On May 13, 2021, ClassPass sent an email to Plaintiff informing her that her account would be unpaused and payments would resume on May 20, 2021. Attached as **Exhibit 1** is a true and correct copy of the email sent to Plaintiff on May 13, 2021 at 9:10 p.m. According to ClassPass' records, Plaintiff accessed and opened this email on May 13, 2021 at 9:12 p.m. and clicked on a hyperlink in the email.

6. ClassPass' records also show that Plaintiff accessed and opened the email depicted in Exhibit 1 several additional times, including on the following dates and times:

   a. May 14, 2021 at 4:09 p.m.

b.   May 16, 2021 at 2:14 a.m.

c.   October 8, 2022 at 6:31 p.m. and 6:32 p.m.

d.   October 9, 2022 at 5:37 a.m.

e.   November 13, 2022 at 9:23 p.m., 9:24 p.m., 9:26 p.m., and 9:34 p.m. Plaintiff also clicked on several hyperlinks within the email on this date, including the Terms of Use.

I declare under penalty of perjury under the laws of the United States of America that the contents of this declaration are true and correct. Executed on March 24, 2023 in Saratoga, California.

Ingrid Chang

# EXHIBIT 1



Businesses near you like Mi Chantli, Full Circle Yoga, and ONE Boulder Fitness have officially reopened and we're excited to help you get back to your routine. Expect smaller class sizes and increased sanitation measures, but the same great workout and self care you deserve.

Now that local restrictions have lifted and fitness and wellness reservations are available for booking in your area:

Your membership will unpause on **May 20, 2021**, and your **45-credit plan** for **$79.00/mo.** will resume and begin auto-renewing monthly. Plus, to restart strong, book your first 2 reservations through June 3rd and get 50% off each (up to 10 credits off).*

Some important updates:

📄 **Updated rollover policy –** Rather than capping rollover to 10 credits/mo., **you can now roll over up to the total number of credits in your upcoming plan**. For example, on your 45-credit plan, you can roll over up to 45 unused credits into your next month. All unused credits in your account currently will roll over into your first paid month. Learn more about how the new rollover policy works here.

😌 **Safety & cleanliness details –** From smaller class sizes to mask policies and ventilation systems, safety details can now be accessed directly from a business's page.

💁 **More ways to use your credits –** Use credits to book in-person or outdoor classes, or for services like massages, facials, manicures and more. You can also book at-home experiences like virtual personal training, nutrition sessions and digital workouts from 5,000+ global partners.

+ **Easily adjust your plan –** Flexibility is key. Add more credits, change your plan or cancel anytime.

You can unpause your account early if you're ready to go or make changes to your upcoming plan. Pauses or plan changes need to be made by **May 19, 2021** to take effect.

Thank you for being a valued member of our ClassPass community. We're here if you have any questions or concerns.

**Book now**

*ClassPass is restarting billing in areas where fitness, salon and spa are allowed. If you have recently relocated, classes may be unavailable in your area in compliance with local government mandates. Please reach out to us to learn about plan options and class availability in your area. Learn more about our COVID policies here.*

*50% off your first two reservations (up to 10 credits off each reservation). This offer is for the intended recipient of this email, katherine.chabolla@gmail.com, only and is not transferable. Offer ends June 3, 2021 at 11:59 PM ET. ClassPass reserves the right to cancel or modify the offer anytime. For additional terms, see our Terms of Use and Privacy Policy, and for more info, visit our website. Other restrictions may apply.

