MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (Bar No. 226388)
E-mail: CReilly@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
E-mail: JJRodriguez@manatt.com
MADELAINE NEWCOMB (admitted *pro hac vice*)
E-mail: MNewcomb@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendants
CLASSPASS INC., CLASSPASS, LLC, and
CLASSPASS USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KATHERINE CHABOLLA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLASSPASS INC., CLASSPASS, LLC, and CLASSPASS USA LLC<br><br>Defendants. | No. 4:23-cv-00429-YGR<br><br>**DECLARATION OF KELSEY ROGGERO IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS AND/OR STAY CASE**<br><br>[Filed Concurrently with:<br>1. Notice of Motion and Motion to Compel Arbitration and Dismiss and/or Stay Case;<br>2. [Proposed] Order;<br>3. Request for Judicial Notice;<br>4. Declaration of Siu Fung Wong;<br>5. Declaration of Nina Bayatti;<br>6. Declaration of Ingrid Chang;<br>7. Declaration of Jessica Van Meter;<br>8. Declaration of Madelaine Newcomb]<br><br>Date:   June 13, 2023<br>Time:   2:00 p.m.<br>Ctrm:   1, 4th Floor<br>Judge:  Yvonne Gonzales Rogers<br><br>Date Action Filed: January 30, 2023 |

# DECLARATION OF KELSEY ROGGERO

I, Kelsey Roggero, declare and state as follows:

1. I am over the age of 18 years and am competent to testify to the matters stated in this declaration. I have personal knowledge of the facts set forth in this declaration and/or have relied on ClassPass' business records for those facts. If called to do so, I would and could testify to the facts stated in this declaration.

2. I am employed as Manager, Customer Support for Mindbody, Inc. ("Mindbody"), a Delaware corporation. Mindbody is the parent corporation of ClassPass LLC and ClassPass USA LLC. I am authorized to make this declaration on Mindbody's behalf.

3. I have worked for Mindbody since Mindbody acquired ClassPass on October 15, 2021 and have worked at ClassPass since July 8, 2019. In connection with my work, I have access to ClassPass's systems of record that ClassPass uses to store certain ClassPass business and customer records and data in the ordinary course of ClassPass' business. These systems include records and data on account creation such as when a member created an account, purchase and payment data, member class reservation records, and customer support records. These records and data are collected and maintained in the ordinary course of business at or near the time of the acts, conditions, or events described in the records. Pulling customer records and data from ClassPass' systems of record is also done regularly in the ordinary course of ClassPass' business.

4. I have reviewed the customer account, purchase and reservation records associated with Plaintiff Katherine Chabolla.

5. ClassPass' records reflect that on January 30, 2020, Ms. Chabolla created an account and purchased a monthly ClassPass membership.

6. ClassPass' records reflect that Ms. Chabolla subsequently made five class reservations using her account, including on the following dates: February 17, 22, 23, and 29, 2020. Attached as **Exhibit 1** is a true and correct copy of the reservation history associated with Ms. Chabolla's account.

7. Attached as **Exhibit 2** are true and correct copies of communications between ClassPass and Plaintiff on October 8, 10, 11 and 12, 2022.

I declare under penalty of perjury under the laws of the United States of America that the contents of this declaration are true and correct. Executed on March 27, 2023 in Missoula, MT.

*/s/ Kelsey Roggero*
Kelsey Roggero

# EXHIBIT 1

| Venue name | Venue subtitle | Credit cost | Class name | User email | First name | Last Name | Start Time | Status | Cancellation Type | Created on |
|---|---|---|---|---|---|---|---|---|---|---|
| CORE40 | Castro | 1 | CORE40 Ramped | | Katherine | Chabolla | 12 40 PM PST | PROCESSED | | 2/29/2020, 7 34 50 PM UTC |
| MNTSTUDIO | | 1 | MNT Signature Reformer | | Katherine | Chabolla | 08 30 AM PST | CANCELLED | MISSED_CLASS | 2/23/2020, 5 09 31 AM UTC |
| CORE40 | Castro | 13 | CORE40 Ramped | | Katherine | Chabolla | 10 10 AM PST | PROCESSED | | 2/22/2020, 4 10 49 AM UTC |
| MNTSTUDIO | | 9 | MNTbarre | | Katherine | Chabolla | 07 30 AM PST | CANCELLED | MISSED_CLASS | 2/17/2020, 8 55 57 PM UTC |
| CORE40 | Castro | 9 | CORE40 Ramped | | Katherine | Chabolla | 03 50 PM PST | PROCESSED | | 2/17/2020, 8 51 46 PM UTC |

# EXHIBIT 2

# 🍃 #8586379 ClassPass continued charging me after COVID membership pause

| | | |
|---|---|---|
| **Submitted** | **Received via** | **Requester** |
| October 8, 2022 at 14:34 | Web Service | Katherine Chabolla ▮▮▮▮▮ |

| **Status category** | **Ticket status** | **Type** | **Priority** | **Group** | **Assignee** | **Ticket status** |
|---|---|---|---|---|---|---|
| Closed | Solved | - | Normal | Legal & Escalations | Londyn Brown | Solved |

| **Time spent last update (sec)** | **Total time spent (sec)** | **Charge information** | |
|---|---|---|---|
| 10 | 1849 | not-listed | |
| **Associate Action** | | **Shift** | **Contact Reason (DO NOT EDIT)** |
| Subscription::Refund::3 or more month refund | | East Schedule (Day) | Billing |
| **Customer Feedback** | **Milestone** | **Phone Number** | **Fill Inbox** | **Zip Code (new)** |
| Negative::Resolution | Marketing::Forced Resume Billing | ▮▮▮▮▮ | Yes | ▮▮▮▮▮ |

**Customer Contact Point**
Business model/subscription function::Auto-renewal::Feedback::Didn't know pause ended

| **ClassPass account email address** | **Contact Reason Detail (DO NOT EDIT)** |
|---|---|
| ▮▮▮▮▮ | I have a question about a membership charge |

---

**Katherine Chabolla**  October 8, 2022 at 14:34

Hello. On March 17, 2020, Classpass paused all membership charges due to COVID. On Jul 1, 2020, I got another notification that my account was still paused and I was not being charged.

But at some point -- I don't know when, because I never got a notification about it, Classpass *resumed* charging me --- without my consent or opt-in. By that point, I had moved to a totally different city and had no ability to keep using Classpass. I only realized now that ya'll have STILL been charging me.

I would like every charge reversed, from July 2020 up until now. I have not even logged into my account once since 2020.

Thanks for your help!

---

**Reanne Paiso**  October 8, 2022 at 18:38

Hi Katherine,

My name is Yanix from ClassPass Customer Experience. I hope this email finds you well and thanks for connecting with us - I'd be happy to assist you from here.

As mentioned in emails we sent to ▮▮▮▮▮ on July 1, many of the studios, gyms, salons, and spas you visited prior to COVID have reopened for business. Given the increase in reservation options, your membership did resume onto our 45-credit plan when billing restarted on July 10.

I understand how frustrating it is to be charged for a service you aren't actively using, so I'm happy to help resolve this as best I can. As an exception, I've immediately canceled your membership so you won't be charged again moving forward. You should receive an emailed account cancellation confirmation for your own records. Any unused credits that remained on your account at the time of cancellation are no longer available for use, and any upcoming reservations have been automatically canceled.

I can also confirm that a $356 refund has been processed to your payment method on file for your 4 months of unused membership. Please allow 5-10 business days to see this money back on your statement. In the meantime, you can view the refunded charge on the [Recent Charges page](#) in your [Membership Settings](#). You may view your refund receipt here: [June](#), [July](#), [September](#), and [October](#).

If you're interested in rejoining our community in the future, just reach out! I'd be happy to help.

Best,
Reanne

Customer Support Associate
Favorite way to move: Dancing with my dog
Check out our Help Center for more information about ClassPass!

---

**Katherine Chabolla**   October 8, 2022 at 20:28

CAUTION: This email originated from outside of the organization.

------------------------------
Hi Reanne, I really appreciate your support on this!

It looks like billing actually resumed, without my knowledge, in May 2021 (5/20/21). I've attached screenshots of the transactions.

I never saw any email notification that membership was resuming in May 2021. However, I had seen several email notifications prior to this, in 2020 & 2021 stating that my account had been paused and I was not being charged. Classpass did not contact me, send any additional notifications, or confirm in any way that I was aware that they were going to reinstate my membership and begin billing me again. Like I mentioned, I now live in a new state and I have not used Classpass since prior to May 2021.

In total, there were:

* 15x charges for $79 (totaling $1185), starting in May 2021.
* 4x charges for $89 (totalling $356 -- thank you for already taking care of these ones ❤).

I'd appreciate it if you can process a refund for the 15x charges going back to May 2021.

Thanks for your stellar customer support!

Katherine Chabolla

---

**Florian Gaspar**   October 10, 2022 at 09:50

Hi Katherine,

I hope you're doing better and all is well with you. Thank you for taking the time to write us back.

First and foremost, I'm sorry to hear that you never saw any email notification that membership was resuming in May 2021. As a fellow customer of ClassPass, I completely understand how disappointing it can be to be charged for a service you aren't actively using.

However, we are unable to process any further refunds to your payment method at this time. Per our Terms of Use, all incurred charges - including monthly membership charges - are non-refundable. Given the circumstances that prevented you from noticing the monthly membership charges on your statement until a few months had passed, I made an exception to our policy and refunded you for four months of unused membership to your payment method on file.

I do apologize for any inconvenience. If you'd like, you are welcome to read section 3.C of our Terms of Use to better understand this policy.

Please let me know if you have any additional questions. I'm wishing you good health and safety for you and your loved ones during these times.

Stay safe and healthy!

Kind regards,
Florian

Customer Support Associate
Favorite way to move: Walking
Check out our Help Center for more information about ClassPass!

---

**Katherine Chabolla**   October 10, 2022 at 14:46

CAUTION: This email originated from outside of the organization.

------------------------------
I'm going to be honest -- I get that you have ToS, but this feels like a really unethical business practice. Classpass sent several emails in 2020/21 saying that I wasn't being charged but then didn't follow up with me (or presumably any customers) to make sure I was aware that I was going to start getting billed again.

Classpass could have called, left a voicemail, sent an email where it wasn't buried in fine print. Literally ANYTHING. Other tech companies do this, it's certainly not outside of the realm of possibility for Classpass.

But presumably, Classpass didn't really want customers to know that billing was going to resume. If they did, there would have been some small effort put in to notify people of this very significant membership reversal.

I'll ask once more for a refund of that unused membership, on the grounds that Classpass didn't do the bare minimum to notify customers.

Alternatively, I'll take it up with Apple Card/Goldman or escalate in another way.

Thanks again for your support
(I know CS isn't an easy job, and I'm not trying to make this hard on you -- just want to get this resol ed).

Katherine

---

**Florian Gaspar**   October 11, 2022 at 06:13

Hi Katherine,

Thank you for taking the time to keep in touch.

As a fellow customer of ClassPass, I completely understand how disappointing it can be when this situation doesn't live up to expectations. Hearing from customers like you helps us to better support the businesses on our platform in providing the best possible experiences.

We appreciate the feedback we receive from our customers and will definitely take your suggestions about our refund policy into consideration. I've gone ahead and passed this feedback along to the appropriate internal team so we can discuss incorporating an update to the billing system.

Thanks again for taking the time to help improve the ClassPass community! If there is anything else that I can help you with today, please do not hesitate to reach back out!

All the best,
Florian

Customer Support Associate
Favorite way to move: Walking
Check out our Help Center for more information about ClassPass!

---

**Katherine Chabolla**   October 11, 2022 at 14:32

CAUTION: This email originated from outside of the organization.

------------------------------
OK let me be more clear: it doesn't just feel unethical, it feels NOT LEGAL to not notify a customer that you are going to resume billing them again.

I'm going to proceed with a chargeback process with my credit card company, and if that doesn't work, pursue other legal channels.

You guys have >$1k of mine that you took without my knowledge or permission, after you told me that you had paused my membership. You can make this simpler by just refunding me. If you won't, I will continue by other means.

---

**Ralph Atienza**  October 12, 2022 at 07:50               Internal note

Reassigning to L&E as the customer threatened to pursue legal channels.

---

**Londyn Brown**  October 12, 2022 at 12:29

Hi Katherine,

Thanks so much for following up with us! Florian is currently out of the office, but my name is Londyn and I'm happy to help from here. At this time, we are unable to provide any further refunds per our Terms of Use which states, "WE DO NOT PROVIDE REFUNDS OR MAKE GOODS FOR ANY PRIOR MONTHS INCLUDING FOR UNUSED CREDITS OR CLASSES." We did make an exception in this case since certain circumstances prevented you from seeing the initial email about the resume billing.

We notified you before your account was renewed in May 2021 and apologize you did not see it at the time it was sent. I do recommend checking your spam folder as some customers have seen it occur in that inbox.

I appreciate your understanding and have a wonderful rest of your day.

Kind Regards,
Londyn

Customer Support Specialist
Favorite way to move: HIIT
Check out our [Help Center](#) for more information about ClassPass!

---

**Katherine Chabolla**  October 12, 2022 at 12:46

CAUTION: This email originated from outside of the organization.

-------------------------------
I don't need you to reiterate the terms to me. Like I said, if Classpass wanted customers to know, it would have made sure customers knew. Classpass chose, very intentionally, not to. This isn't complicated.

So, your "apologies" ring entirely hollow. If you were actually sorry, you'd simply give my money back.

No need to keep replying— I'll pursue other means now.

---

Support Software by **Zendesk**