MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (Bar No. 226388)
E-mail: CReilly@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
E-mail: JJRodriguez@manatt.com
MADELAINE NEWCOMB (admitted *pro hac vice*)
E-mail: MNewcomb@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendants
CLASSPASS INC., CLASSPASS, LLC, and
CLASSPASS USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE CHABOLLA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLASSPASS INC., CLASSPASS, LLC, and CLASSPASS USA LLC<br><br>Defendants. | No. 4:23-cv-00429-YGR<br><br>**DECLARATION OF SIU FUNG WONG IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS AND/OR STAY CASE**<br><br>[Filed Concurrently with:<br>1. Notice of Motion and Motion to Compel Arbitration and Dismiss and/or Stay Case;<br>2. [Proposed] Order;<br>3. Request for Judicial Notice;<br>4. Declaration of Nina Bayatti;<br>5. Declaration of Ingrid Chang;<br>6. Declaration of Kelsey Roggero;<br>7. Declaration of Jessica Van Meter;<br>8. Declaration of Madelaine Newcomb]<br><br>Date:     June 13, 2023<br>Time:    2:00 p.m.<br>Ctrm:    1, 4th Floor<br>Judge:   Yvonne Gonzales Rogers<br><br>Date Action Filed: January 30, 2023 |

## DECLARATION OF SIU FUNG WONG

I, Siu Fung Wong, declare and state as follows:

1. I am over the age of 18 years and am competent to testify to the matters stated in this declaration. I have personal knowledge of the facts set forth in this declaration and/or have relied on ClassPass' business records for those facts. If called to do so, I would and could testify to the facts stated in this declaration.

2. I am employed as a Senior Product Manager for Mindbody, Inc. ("Mindbody"), a Delaware corporation. Mindbody is the parent corporation of ClassPass, LLC and ClassPass USA LLC. I am authorized to make this declaration on Mindbody's behalf.

3. I have worked for Mindbody since August 23, 2022. In connection with my work, I have access to ClassPass' systems of record that ClassPass uses to store certain ClassPass business and consumer records and data in the ordinary course of ClassPass' business. These records and data include systems that track changes with the consumer experience such as the online and app-based account creation pages, checkout flows, and the post-enrollment onboarding flows for new members that are live on the website and application at a particular time. These records also include information on when particular consumers interacted with post-enrollment onboarding flows. ClassPass creates and maintains these consumers records, as well as historical changes to website and application images and work flows, in the regular course of its business.

4. I gathered and reviewed for accuracy screenshots illustrating the post-enrollment onboarding process that was live on January 30, 2020 by accessing historical design files and cross-referencing those files with the responses recorded from ClassPass users' post-enrollment surveys. Additionally, I reviewed Plaintiff's account information to determine if and when Plaintiff interacted with the post-enrollment onboarding flows.

5. As stated in the Declaration of Nina Bayatti, ClassPass' records reflect that on January 30, 2020, Plaintiff Katherine Chabolla created an account and purchased a monthly ClassPass membership on www.classpass.com.

6. Attached as **Exhibit 1** is a true and correct copy of the post-enrollment onboarding flow that existed on January 30, 2020. ClassPass members were each presented with the questions

1  identified in Exhibit 1 after enrollment and before registering for their first class using the
2  ClassPass mobile device application. The same questions and substantially the same screens
3  appeared for members in the mobile device application regardless of whether they first enrolled
4  on a mobile device application, a desktop computer, or another device.
5       7.      Plaintiff completed the post-enrollment surveys on February 17, 2020.
6       I declare under penalty of perjury under the laws of the United States of America that the
7  contents of this declaration are true and correct. Executed on April 20, 2023 in Los Angeles,
8  California.

*Siu Fung Wong*

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

- 3 -

DECLARATION OF SIU FUNG WONG
4:23-CV-00429-YGR

# EXHIBIT 1















