MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (Bar No. 226388)
E-mail: CReilly@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
E-mail: JJRodriguez@manatt.com
MADELAINE NEWCOMB (admitted *pro hac vice*)
E-mail: MNewcomb@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendants
CLASSPASS INC., CLASSPASS, LLC, and
CLASSPASS USA LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| KATHERINE CHABOLLA, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLASSPASS INC., CLASSPASS, LLC, and CLASSPASS USA LLC <br><br> Defendants. | No. 4:23-cv-00429-YGR <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** <br><br> [Filed Concurrently with: <br> 1. Notice of Motion and Motion to Compel Arbitration and Dismiss and/or Stay Case; <br> 2. [Proposed] Order; <br> 3. Declaration of Siu Fung Wong; <br> 4. Declaration of Ingrid Chang; <br> 5. Declaration of Kelsey Roggero; <br> 6. Declaration of Jessica Van Meter; <br> 7. Declaration of Nina Bayatti; <br> 8. Declaration of Madelaine Newcomb] <br><br> Date: June 13, 2023 <br> Time: 2:00 p.m. <br> Ctrm: 1, 4th Floor <br> Judge: Yvonne Gonzales Rogers <br><br> Date Action Filed: January 30, 2023 |

# REQUEST FOR JUDICIAL NOTICE

Defendants ClassPass Inc., ClassPass, LLC and ClassPass USA LLC (collectively, "ClassPass") respectfully request that this Court take judicial notice, under Rule 201 of the Federal Rules of Evidence and other applicable law, of the following documents and information cited in its memorandum of points and authorities in support of its motion to compel arbitration.

## I.    EXHIBITS TO BE JUDICIALLY NOTICED

ClassPass requests that the Court take judicial notice of the following documents and information, which are attached as exhibits to the Declaration of Madelaine Newcomb ("Newcomb Decl."):

- **Exhibit 1:** the American Arbitration Association's ("AAA") Commercial Arbitration Rules, downloaded on March 25, 2023 and available at https://www.adr.org/sites/default/files/CommercialRules_Web_0.pdf.
- **Exhibit 2** – the JAMS Comprehensive Arbitration Rules & Procedures, downloaded on March 25, 2023 and available at https://www.jamsadr.com/rules-comprehensive-arbitration/.

## I.    JUDICIAL NOTICE OF THE EXHIBITS IS PROPER

The law in the Ninth Circuit is clear that this Court may properly take judicial notice of the Exhibits filed in support of ClassPass' motion to compel arbitration under Federal Rule of Evidence 201(b). Under that Rule, the Court may take judicial notice of any matter that is "not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Federal courts have long and widely recognized that proper subjects of judicial notice include professional arbitration rules, including the AAA and JAMS Rules. *See Vargas v. Delivery Outsourcing, LLC*, 2016 WL 946112, at *2 (N.D. Cal. Mar. 14, 2016) ("Because AAA's arbitration rules can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, the Court will take judicial notice."); *Abreu v. Slide, Inc.*, 2012 WL 2873772, at *6 (N.D. Cal. July 12, 2012) (taking judicial notice of the American Arbitration Association's "Consumer–Related Disputes Supplementary Procedures"

and "Supplementary Procedures for Consumer–Related Disputes Questions and Answers"); *Cooper v. Adobe Sys. Inc.*, 2019 WL 5102609, at *4 (N.D. Cal. Oct. 11, 2019) ("JAMS rules are a matter of public record and therefore subject to judicial notice."). Thus, the Court may properly take judicial notice of the information requested in Exhibits 1 and 2 to the Declaration of Madelaine Newcomb.

### III. CONCLUSION

ClassPass respectfully requests that the Court take judicial notice, under Federal Rule of Evidence 201(b), of the Exhibits identified above.

Dated: April 21, 2023                                    MANATT, PHELPS & PHILLIPS, LLP


By: /s/Justin Jones Rodriguez
Christine M. Reilly
Justin Jones Rodriguez
Attorneys for Defendants
CLASSPASS INC., CLASSPASS, LLC,
and CLASSPASS USA LLC