UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE CHABOLLA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLASSPASS INC., CLASSPASS, LLC, and CLASSPASS USA LLC<br><br>Defendants. | No. 4:23-cv-00429-YGR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>[Filed Concurrently with:<br>  1. Notice of Motion and Motion to Compel Arbitration and Dismiss and/or Stay Case;<br>  2. Request for Judicial Notice;<br>  3. Declaration of Siu Fung Wong;<br>  4. Declaration of Nina Bayatti;<br>  5. Declaration of Ingrid Chang;<br>  6. Declaration of Kelsey Roggero;<br>  7. Declaration of Jessica Van Meter;<br>  8. Declaration of Madelaine Newcomb]<br><br>Date:    June 13, 2023<br>Time:   2:00 p.m.<br>Ctrm:   1, 4th Floor<br>Judge:  Yvonne Gonzales Rogers<br><br>Date Action Filed: January 30, 2023 |

**[PROPOSED] ORDER**

The Court, having received, reviewed, and considered Defendants ClassPass Inc., ClassPass, LLC and ClassPass USA LLC's (collectively, "ClassPass") Motion to Compel Arbitration and Dismiss and/or Stay the Case ("Motion"), and all papers filed and argument made in connection with the Motion, for good cause shown GRANTS the Motion in its entirety.

Plaintiff's claims against ClassPass shall be submitted to binding arbitration in accordance with the terms of the arbitration agreement, and Plaintiff's claims are dismissed without prejudice.

**IT IS SO ORDERED**,

Dated: _____          By: _____
                                    Hon. Yvonne Gonzales Rogers
                                    United States District Judge