# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | Northern California |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 4:23-cv-00429-YGR |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 01/30/2023 |

Date of judgment or order you are appealing: | 06/22/2023 |

Docket entry number of judgment or order you are appealing: | 35 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

ClassPass Inc.
ClassPass, LLC
ClassPass USA LLC

Is this a cross-appeal?  ○ Yes   ◉ No

If yes, what is the first appeal case number? |                          |

Was there a previous appeal in this case?  ○ Yes   ◉ No

If yes, what is the prior appeal case number? |                          |

Your mailing address (if pro se):

|                                                          |
|                                                          |

City: |                    | State: |        | Zip Code: |              |

Prisoner Inmate or A Number (if applicable): |                    |

**Signature** | s/Justin Jones Rodriguez | **Date** | July 13, 2023 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| ClassPass Inc.<br>ClassPass, LLC<br>ClassPass USA LLC |

Name(s) of counsel (if any):

| |
|---|
| Benjamin G. Shatz<br>Christine M. Reilly<br>Justin Jones Rodriguez |

Address: 2049 Century Park East, Suite 1700, Los Angeles, CA 90067

Telephone number(s): (310) 312-4000

Email(s): bshatz@manatt.com, creilly@manatt.com, jjrodriguez@manatt.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Katherine Chabolla |

Name(s) of counsel (if any):

| |
|---|
| Burkett McInturff<br>Jessica L. Hunter<br>Ethan D. Roman |

Address: 305 Broadway, 7th Floor, New York, NY 10007

Telephone number(s): (917) 775-8862

Email(s): jbm@wittelslaw.com, jlh@wittelslaw.com, edr@wittelslaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

## **Appellees**

Name(s) of party/parties:

Katherine Chabolla

Name(s) of counsel (if any):

Robert M. Bramson
Alan R. Plutzik

Address: 2125 Oak Grove Road, Suite 125, Walnut Creek, CA 94598

Telephone number(s): (925) 945-0200

Email(s): rbramson@bramsonplutzik.com, aplutzik@bramsonplutzik.com

Name(s) of party/parties:

Katherine Chabolla

Name(s) of counsel (if any):

Daniel E. Birkhaeuser

Address: 2125 Oak Grove Road, Suite 125, Walnut Creek, CA 94598

Telephone number(s): (925) 945-0200

Email(s): dbirkhaeuser@bramsonplutzik.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*