FILED
MAY 12 2025
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHERINE CHABOLLA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CLASSPASS INC.; CLASSPASS LLC; CLASSPASS USA, LLC,<br><br>Defendants-Appellants. | No.   23-15999<br><br>D.C. No. 4:23-cv-00429-YGR<br><br>ORDER |

Before: BYBEE and MENDOZA, Circuit Judges, and FITZGERALD, District Judge.[*]

Judges Mendoza and Fitzgerald voted to deny the petition for panel rehearing. Judge Mendoza voted to deny the petition for rehearing en banc, and Judge Fitzgerald so recommends. Judge Bybee voted to grant the petition for panel rehearing and recommends granting the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition. Fed. R. App. P. 40. The petition for panel rehearing and rehearing en banc (Dkt. 48) is DENIED.

---

[*] The Honorable Michael W. Fitzgerald, United States District Judge for the Central District of California, sitting by designation.